RANDALL P. MROCZYNSKI, ESQ. (SBN 156784)
rmroczynski@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626
Phone: (714) 431-1100
Fax: (714) 431-1119

Attorneys for AQUA FINANCE, INC., THE BAY FINANCE GROUP, INC. and QUANTUM 3 GROUP, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYRON ARNOLD and KIMBLY ARNOLD,<br><br>Plaintiffs,<br>vs.<br><br>BAY FINANCE COMPANY LLC AKA AQUA FIN. And QUANTUM 3 GROUP, LLC,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1441, AND 1446**<br><br>**[FEDERAL QUESTION JURISDICTION]** |

Unserved Defendants, AQUA FINANCE, INC. ("Aqua") and THE BAY FINANCE GROUP, INC. ("Bay") erroneously sued, collectively, as "Bay Finance Company LLC aka Aqua Fin.," and served Defendant, QUANTUM 3 GROUP, LLC ("Quantum"), hereby remove this action, filed in the Superior Court of the State of California for the County of Stanislaus ("State Court") as case number SC21000387, to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and, as grounds for removal, state as follows:

## I.
## BACKGROUND

1. Plaintiffs, Byron Arnold and Kimbly Arnold ("Plaintiffs"), filed their complaint against Aqua, Bay and Quantum on May 12, 2021 ("Complaint"). In their Complaint, Plaintiffs

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Suite 1000
Costa Mesa, California 92626-1977

assert claims for relief for: (1) violation of the Fair Debt Collection Practices Act, (2) violation of the Fair and Accurate Credit Transactions Act. and (3) Defamation.

2. The State Court is a court within this district and division.

3. This case is properly removable pursuant to 28 U.S.C. § 1331, which provides, in pertinent part:

> "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4. This Petition for Removal is timely pursuant to 28 U.S.C. § 1446(b), which provides, in pertinent part:

> "The notice of removal in a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

5. Quantum was served with the Summons and Complaint on July 6, 2021. True and correct copies of the Complaint and related documents served upon Quantum are attached hereto as Exhibit "A".

6. Defendants Aqua and Bay have not been served with the Summons and Complaint in this Action.

7. This petition is timely filed within thirty (30) days after the date that it was served upon Quantum. *See* 28 U.S.C. § 1446(b)(2)(B).

**II.**

**FEDERAL QUESTION JURISDICTION**

8. The Court has subject matter jurisdiction over this Action under 28 U.S.C. § 1331 because Plaintiffs allege Defendants violated the Fair Debt Collection Practices Act and the Fair and Accurate Credit Transactions Act, both of which are created by Title 15 of the United States Code. The Court has supplemental jurisdiction over Plaintiffs' defamation claim under 28 U.S.C. §1367(a).

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Suite 1000
Costa Mesa, California 92626-1977

9. Aqua and Bay have not been served with the Complaint in this Action. Their consent to removal is, therefore, not required. Emrich v. Touche Ross & Co. 846 F.2d 1190, 1193, n.1 (9th Cir. 1988). Aqua and Bay nonetheless consent to the removal.

**III.**

**ALL OTHER PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN MET**

10. This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes.

11. This matter has not been previously removed.

12. Venue is proper in the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1441(a) because Stanislaus County, California is located within this District and cases arising from Stanislaus County, California are properly assigned to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84(b).

13. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendants' right to assert any defense or affirmative matter, whether pursuant to Federal Rules of Civil Procedure 8(c), 12(b), or otherwise, including, but not limited to, the defenses for failure to state a claim upon which relief can be granted or insufficient service of process. Defendants intend no admission of fact, law, or liability by this Notice and expressly reserve all defenses, motions, and pleas.

14. Defendants hereby reserve the right to supplement this Notice by adding any jurisdictional defenses that may independently support a basis for removal.

15. A copy of this Notice of Removal is being filed with the Clerk of the State Court as required by 28 U.S.C. § 1446. Defendants will also be serving this Notice on Plaintiff.

///

///

///

///

///

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Suite 1000
Costa Mesa, California 92626-1977

**IV.**

**CONCLUSION**

16. Based upon the foregoing, Defendants hereby remove the action now pending in the State Court to this Court.

DATED: August 5, 2021

Respectfully submitted,

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: ______________________________
RANDALL P. MROCZYNSKI
Attorneys for Defendants,
AQUA FINANCE, INC., THE BAY FINANCE GROUP, INC. AND QUANTUM 3 GROUP, LLC

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Suite 1000
Costa Mesa, California 92626-1977

# EXHIBIT "A"

# SC-100 Plaintiff's Claim and ORDER to Go to Small Claims Court

Clerk stamps date here when form is filed.

FILED
2021 MAY 12 AM 10:58
CLERK OF THE SUPERIOR COURT
COUNTY OF STANISLAUS
BY LISA R. BRADLEY MANSFIELD
DEPUTY
LISA R. BRADLEY MANSFIELD

*Fill in court name and street address:*

Superior Court of California, County of STANISLAUS
300 STARR AVENUE
TURLOCK, CA 95380

*Court fills in case number when form is filed.*

**Case Number:** SC21000387

**Case Name:**

**Notice to the person being sued:**

- You are the defendant if your name is listed in ② on page 2 of this form. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

## Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|
| 1. | JUN 24 2021 | 10:00AM | 19 | Turlock Division - 300 Starr Ave., Turlock 95380 |
| 2. | | | | |
| 3. | | | | |

Date: MAY 12 2021 Clerk, by LISA R. BRADLEY MANSFIELD, Deputy

**Instructions for the person suing:**

- You are the plaintiff. The person you are suing is the defendant.
- *Before* you fill out this form, read form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/smallclaims/forms*.
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make one copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2020, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)

SC-100, Page 1 of 5



Plaintiff (list names): Case Number:

Byron Arnold and Kimbly Arnold

**1 The plaintiff (the person, business, or public entity that is suing) is:**

Name: Byron Arnold Phone: (510) 717-6208

Street address: 1611 CARLTON AVE. MODESTO CA 95350
Street City State Zip

Mailing address *(if different)*:
Street City State Zip

**If more than one plaintiff, list next plaintiff here:**

Name: KIMBLY ARNOLD Phone: (510) 717-6208

Street address: 1611 CARLTON AVE MODESTO CA 95350
Street City State Zip

Mailing address *(if different)*:
Street City State Zip

☐ *Check here if more than two plaintiffs and attach form SC-100A.*

☐ *Check here if either plaintiff listed above is doing business under a fictitious name. If so, attach form SC-103.*

☐ *Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.*

**2 The defendant (the person, business, or public entity being sued) is:**

Name: BAY FINANCE COMPANY LLC AKA AQUA FIN. Phone: (715) 848-5425

Street address: 1 CORPORATE DR. STE 300 WAUSAU WI 54401
Street City State Zip

Mailing address *(if different)*:
Street City State Zip

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**

Name: QUANTUM3 GROUP, LLC Job title, if known: LIHN K TRAN

Address: 12006 98TH AVENUE NE. SUITE 200 KIRKLAND, WA
Street City State Zip

☑ *Check here if your case is against more than one defendant, and attach form SC-100A.*

☐ *Check here if any defendant is on active military duty, and write his or her name here:*

**3 The plaintiff claims the defendant owes $** 5,000.00 . *(Explain below)*:

a. Why does the defendant owe the plaintiff money?
SEE MC-031

When did this happen? *(Date)*:

b. If no specific date, give the time period: *Date started:* 2016 *Through:* 03/30/2020

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
Under the FDCA 15 USC 1692K Section 813.(a) Civil liabilty-any debt collector who fails to comply with any provision of '
with respect to any person is liable to such person in an amount equal to the sum of (1) actual damages sustained for persistence of nc

☑ *Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" the top.*

Plaintiff *(list names)*: Byron Arnold and Kimbly Arnold

Case Number:

**④ You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**

☑ Yes ☐ No If no, explain why not:

Exhibit of Request attached to as MC-031

**⑤ Why are you filing your claim at this courthouse?**

**This courthouse covers the area** *(check the one that applies)*:

a. ☑ (1) Where the defendant lives or does business.
(2) Where the plaintiff's property was damaged.
(3) Where the plaintiff was injured.
(4) Where a contract (written or spoken) was made, signed, performed, or broken by the defendant *or* where the defendant lived or did business when the defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim, is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☒ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civ Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civ Code, § 2984.4.)*

e. ☐ Other *(specify)*:

**⑥ List the zip code of the place checked in ⑤ above** *(if you know)*: 95350

**⑦ Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No

*If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here:* ☐

**⑧ Are you suing a public entity?** ☐ Yes ☑ No

*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date)*:

*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**⑨ Have you filed more than 12 other small claims within the last 12 months in California?**

☐ Yes ☒ No *If yes, the filing fee for this case will be higher.*

**⑩ Is your claim for more than $2,500?** ☑ Yes ☐ No

*If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**⑪ I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 05/12/2021 Byron Arnold [signature]
*Plaintiff types or prints name here* *Plaintiff signs here*

Date: 05/12/2021 Kimbly Arnold [signature]
*Second plaintiff types or prints name here* *Second plaintiff signs here*

**Requests for Accommodations**

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for form MC-410, *Request for Accommodations by Persons With Disabilities and Response*. (Civ. Code, § 54

## SC-100 Information for the defendant (the person being sued)

**"Small claims court"** is a special court where claims for $10,000 or less are decided. Individuals, including "natural persons" and sole proprietors, may claim up to $10,000. Corporations, partnerships, public entities, and other businesses are limited to claims of $5,000. (See below for exceptions.*) The process is quick and cheap. The rules are simple and informal. You are the *defendant*—the person being sued. The person who is suing you is the *plaintiff*.

**Do I need a lawyer?** You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?** You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare*.

**What if I need an accommodation?** If you have a disability or are hearing impaired, fill out form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?** Ask the court clerk as soon as possible for a court-provided interpreter. You may use form INT-300 or local court form to request an interpreter. If a court interpreter is not available at the time of your trial, it may be necessary to reschedule your trial. You cannot bring your own interpreter for the trial unless the interpreter has been approved by the court as a certified, registered, or provisionally qualified interpreter. (See Cal. Rules of Court, rule 2.893, and form INT-140.)

**Where can I get the court forms I need?** Go to any courthouse or your county law library, or print forms at *www.courts.ca.gov/smallclaims/forms*.

**What happens at the trial?** The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?** If you lose, you may appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file form SC-140, *Notice of Appeal*. You must file within 30 days after the clerk hands or mails you the judge's decision (judgment) on form SC-200 or form SC-130, *Notice of Entry of Judgment*.
- If you were *not* at the trial, fill out and file form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File form SC-140.

For more information on appeals, see *www.courts.ca.gov/smallclaims/appeals*.

**Do I have options?**

Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the plaintiff agree on how to settle the case, the plaintiff must file form CIV-110, *Request for Dismissal*, with the clerk. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To have the court order a witness to go to the trial, fill out form SC-107 (*Small Claims Subpoena*) and have it served on the witness.
- **Sue the person who is suing you.** If you have a claim against the plaintiff, and the claim is appropriate for small claims court as described on this form, you may file *Defendant's Claim* (form SC-120) and bring the claim in this action. If your claim is for *more* than allowed in small claims court, you may still file it in small claims court if you give up the amount over the small claims value amount, or you may file a claim for the full value of the claim in the appropriate court. If your claim is for more than allowed in small claims court *and* relates to the same contract, transaction, matter, or event that is the subject of the plaintiff's claim, you may file your claim in the appropriate court and file a motion to transfer the plaintiff's 's claim to that court to resolve both matters together. You can see a description of the amounts allowed in the paragraph above titled **"Small Claims Court."**
- **Agree with the plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the plaintiff what he or she is asking for plus court costs. If this happens, the plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**

You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county), *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**Need help?**
Your county's Small Claims Advisor can help for free.

Or go to *www.courts.ca.gov/smallclaims/advisor*.

* Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc., § 116.220(c).)

# SC-100 Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $10,000 o menos. Los individuos, o sea las "personas físicas" y los propietarios por cuenta propia, pueden reclamar hasta $10,000. Las corporaciones, asociaciones, entidades públicas y otras empresas solo pueden reclamar hasta $5,000. (Vea abajo para las excepciones.*) El proceso es rápido y barato. Las reglas son sencillas e informales. Usted es el Demandado—la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?** Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?** No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos y pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en www.courts.ca.gov/reclamosmenores/preparese.

**¿Qué hago si necesito una adaptación?** Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, Request for Accomodations. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?** Solicite un intérprete al secretario de la corte lo más pronto posible. Puede usar el formulario INT-300 o un formulario de su corte local. Si no está disponible un intérprete de la corte para su juicio, es posible que se tenga que cambiar la fecha de su juicio. No puede llevar su propio intérprete para el juicio a menos que el intérprete haya sido aprobado por la corte como un intérprete certificado, registrado, o provisionalmente calificado. (Vea la regla 2.893 de las Reglas de la Corte de California, y el formulario INT-140.)

**¿Dónde puedo obtener los formularios de la corte que necesito?** Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en www.courts.ca.gov/ smallclaims/forms (página está en inglés).

**¿Qué pasa en el juicio?** El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?** Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación* (Notice of Appeal). Tiene que presentarlo dentro de 30 días después de que el secretario le entregue o envíe la decisión (fallo) del juez en el formulario SC-200 o SC-130, *Aviso de publicación del fallo* (Notice of Entry of Judgment).
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea *www.courts.ca.gov/reclamosmenores/apelaciones.*

**¿Tengo otras opciones?** Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en cómo resolver el caso, el Demandante tiene que presentar el formulario CIV-110, Solicitud de desestimación (Request for Dismissal) ante el secretario de la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Si desea que la corte emita una orden de comparecencia para que los testigos vayan al juicio, llene el formulario SC-107, *Citatorio de reclamos menores* (Small Claims Subpoena) y entrégueselo legalmente al testigo.
- **Demandar a la persona que lo demandó.** Si tiene un reclamo contra el Demandante, y el reclamo se puede presentar en la corte de reclamos menores, tal como se describe en este formulario, puede presentar el formulario SC-120, *Reclamo del demandado* (Defendant's Claim) y presentarlo en este mismo caso. Si su reclamo excede el límite permitido en la corte de reclamos menores, puede igualmente presentarlo en la corte de reclamos menores si está dispuesto a limitar su reclamo al máximo permitido, o puede presentar un reclamo por el monto total en la corte apropiada. Si su reclamo excede el límite permitido en la corte de reclamos menores y está relacionado con el mismo contrato, transacción, asunto o acontecimiento que el reclamo del Demandante, puede presentar su reclamo en la corte apropiada y presentar una moción para transferir el reclamo del Demandante a dicha corte, para poder resolver los dos reclamos juntos. Puede ver una descripción de los montos permitidos en el párrafo anterior titulado "Corte de reclamos menores".
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?** Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio), *o*
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado), *o*
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

**¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O visite *www.courts.ca.gov/reclamosmenores/asesores.*

* **Excepciones:** Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).)

  

Case Number:

# SC-100A Other Plaintiffs or Defendants

☐ This form is attached to form SC-100, item 1 or 2.

**① If more than two plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: ______ Phone: ______
Street address: ______
City: ______ State: ______ Zip: ______
Mailing address *(if different)*: ______
City: ______ State: ______ Zip: ______
*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach form SC-103.*

Other plaintiff's name: ______ Phone: ______
Street address: ______
City: ______ State: ______ Zip: ______
Mailing address *(if different)*: ______
City: ______ State: ______ Zip: ______
*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach form SC-103.*

☑ *Check here if more than 4 plaintiffs and fill out and attach another form SC-100A.*

**② If more than one defendant (person, business, or entity being sued), list their information below:**

Other defendant's name: QUANTUM 3 GROUP, LLC
Street address: 12006 98TH AVENUE NE. SUITE 200 Phone: (425) 242-7107
City: KIRKLAND, State: WA Zip: 98034
Mailing address *(if different)*: ______
City: ______ State: ______ Zip: ______
*If this defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process:*
Name: QUANTUM 3 GROUP, LLC Job title, if known: LIHN K TRAN (AUTHORIZED AGENT)
Address: 12006 98TH AVENUE NE. SUITE 200
City: KIRKLAND, State: WA Zip: ______

☐ *Check here if your case is against more than two defendants, and fill out and attach another form SC-100A.*

**③ Is your claim for more than $2,500?** ☒ Yes ☐ No
*If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**④ I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 05/11/2021
BYRON ARNOLD
Type or print your name ▶ [signature] *Sign your name*

Date:
Kimbly Arnold
Type or print your name ▶ [signature] *Sign your name*

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
**(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)**

SC-100A, Page __ of __

Print this form Save this form

MC-031

| PLAINTIFF/PETITIONER: Byron and Kimbly Arnold<br>DEFENDANT/RESPONDENT: Bay Finance aka Aqua Finance | CASE NUMBER: |
| --- | --- |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

On February 12, 2016 The Plaintiff signed sales contract to purchase as water filter at the price of $5990.00. that was installed at the plaintiff home where the plaintiff was to pay $87.00 a month until the loan was paid in full. On April 2016 the Defendant's both are the- self-same company sold the account to Quantum3 Group LLC On or about 1/2017 Bay Finance move the account from never late to collection reporting high balance among of $12,073 intentionally injuring the plaintiff credit score from by 25-49 point decrease. In addition the defendant Quantum 3 Group LLC without properly notifying the plaintiff regarding attempts to collect a debt after 2017 bankruptcy was dismissed without notice attached for a service line to the property without being a contractor, or the original creditor for an embellished amount of $10,000 on or about 03//11/2020 preventing the plaintiff from refinancing the property by falsely calming contractor rights under UCC Merchant to Customer Service the Plaintiff claims this deceitful debt collection attempts has cause the plaintiff to be denied disaster assistance grants and loans from SBA and other lenders. The Plaintiff claims the defendant is liable to the Plaintiff for computer defamation and for violation of the FACTA having a responsiblity to report accurate information to the CRA and those who request the information regarding the Plaintiff credit worthiness,. In addition to contact the three defendant regarding the plaintiff disputing the account accuracy the defendant continue to report the information as accurate where the defendant seek an order from the court ordering the defendant to pay the plaintiff for the actual damage and delete the collection accounts, remove duplicate information and remove lien from county records for contract work not profromaned by Quantum 3 group.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 05/11/2021

Byron Arnold and Kimbly Arnold
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defenda
☐ Respondent ☐ Other *(Specify)*:

SEE ATTACHMENTS

RETAIL INSTALLMENT CREDIT SALE CONTRACT-HI
REVOLVING CREDIT SALES SLIP (hardcopy only)

Dealer's Name AND Address (print or stamp below)
AQUAPRO ELITE SYSTEMS
56[illegible] BIRCH ST #6
LAKE ELSINORE, CA 92530
Dealer Number: 002002.000
Dealer's Signature x

Buyer's Name: KIMBLY R ARNOLD
Co-Buyer's Name: BYRON ARNOLD
Billing Address: 1611 CARLTON AVE
MODESTO, CA 95350

FOR PROMOTIONAL SALES
This section pertains to the terms of the promotion program indicated, if any.

Promotion Type: Applicable to the Purchase Represented by this Revolving Credit Sales Slip (check all that apply, if any).

___ Same-as-Cash: No interest if paid in full in ___ months. If the balance is no[t] paid in full in ___ months, interest will be imposed from the date of purchase a[t a] rate of ___% as disclosed in your Revolving Credit Agreement. Minimum payme[nts] are due monthly.

___ Deferred Payment: Your first payment will be due ___ months from the date [of] the Revolving Credit Sales Slip. Interest begins accruing at your contract rate of ___ on day 1 and is NOT waived at any point during the deferred payment promotional period.

X Interest Rate Reduction: The purchase APR disclosed on your Revolving Credit Agreement is hereby reduced to 9.90%.

X Payment Reduction: The minimum monthly payment factor disclosed on thi[s] Revolving Credit Sales Slip is hereby reduced to 2.0%.

Except for the terms of the promotion type indicated above, all other terms of your Revolving Credit Agreement remain the same.

| QUANTITY | DESCRIPTION OF GOODS OR SERVICES | ITEM # | PRICE |
|---|---|---|---|
| 1 | 1-AQUA PRO 5000 SXT 1- AQUA PRO PURE ADVANTAGE | | $ 5990.00 |
| 0 | | | $ 0.00 |
| | ☐ Check here if invoice is attached | SUBTOTAL | $ 5990.00 |
| | | + SALES TAX | $ 0.00 |
| | | - DOWN PAYMENT | $ 0.00 |
| | | TOTAL AMOUNT FINANCED | $ 5990.00 |

COPY

SALE INFORMATION
MINIMUM MONTHLY PAYMENT FACTOR: 2.5% (see Revolving Credit Agreement for full description)
PROMOTION CODE: 9.9%APR (If none, write N/A)
DATE OF SALE: 2/12/2016 DATE OF INSTALLATION/DELIVERY: 2/18/2016
☐ Check here if billing address is different from product delivery/installation address & provide delivery/installation address here:

Michigan Residents only - Additionally, the seller is prohibited from having an independent courier service [illegible] pick up you[r] payment at your residence before the end of the 3 business day period in which you can cancel the transaction [illegible] in A[ll]

BUYER'S RIGHT TO CANCEL: You, the buyer, may cancel this transaction at any time prior to midnight of the [third business day] after the date of this transaction. See the accompanying notice of cancellation form for an explanation of this right.

NOTICE TO BUYER: (1) Do not sign this Agreement before you read it or if it contains blank spaces to be filled in. (2) You are entitled to a completely filled-in copy of this Agreement. (3) You can prepay the full amount due under this Agreement at any time. (4) If you desire to advance the full amount due, the amount which is outstanding will be furnished upon request.

You acknowledge receiving a completed copy of this Sales Slip which is in accordance with the terms of your Revolving Credit Agree[ment and] copies of a Notice of Cancellation & Seller orally explained the right to cancel. (ALL BUYERS MUST SIGN HERE)

Buyer Signature Date 2/12/2016 X Co-Buyer Signature Date 2/1[2/2016]

New York NOTICE TO BUYER: Do not sign this contract before you read it or if it contains any blank space. You are entitled to a completel[y filled-in] copy of this credit agreement. RETAIL INSTALLMENT CREDIT AGREEMENT

Buyer Signature Date 2/12/2016 X Co-Buyer Signature Date 2/12[/2016]

Hawaii NOTICE TO BUYER: Do not sign this contract before you read it. When you sign this contract, you are entitled to a copy of it tha[t is] completely filled in. Keep a copy of this contract to protect your legal rights. This contract is covered by Hawaii's credit sale law, and [you have] the rights of a buyer under that law. You also may have rights under other state and federal laws. CREDIT SALE CONTRACT

Buyer Signature Date 2/12/2016 X Co-Buyer Signature Date 2/1[2/2016]

Washington NOTICE TO BUYER: (1) Do not sign this retail charge agreement before you read it or if any spaces intended for the agre[ed terms are left] blank. (2) You are entitled to a copy of this charge agreement at the time you sign it. (3) You may at any time pay off the full unpai[d balance un]der this charge agreement. (4) You may cancel any purchase made under this charge agreement if the seller or his representative s[olicits in per]son such purchase and you sign an agreement for such purpose, at a place other than the seller's business address shown on th[e agr]eement, by sending notice of such cancellation by certified mail return receipt requested to the seller at this address shown on th[e ag]reement, which notice shall be posted not later than midnight of the third day (excluding Sundays and holidays) following your si[gning of the pu]rchase agreement. If you choose to cancel this purchase, you must return or make available to seller at the place of delivery any [merchandise in] its original condition, received by you under this purchase agreement.

Buyer Signature Date 2/12/2016 X Co-Buyer Signature Date 2/1[2/2016]

SEE REVERSE SIDE FOR OTHER TERMS OF THIS CONTRACT

Seller may only assign this contract to ("Assignee") Aqua Finance, Inc. — Total owing of this Contract $12,37[illegible]

One Corporate Drive, Suite 300 - P.O. Box 844 - Wausau, WI 54402-0844 - PHONE: 800/234-3663 - FAX: 715/848-6220

COPY 1 (WHITE)-Original COPY 2 (YELLOW)-Seller Copy COPY 3 (PINK)-Customer Copy COPY 4 (GOLD)-Customer Co[py]

PAGE 1 OF 2

AFI-600-GN 10-1-2015 - (AL, AK, AZ, AR, CA, CO, CT, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, N[C], OR, PA, SC, SD, TN, TX, UT, VA, WA, WI, WY, DC) ORBIT 2.5% factor AFI Proprietary Form – for use by AFI and appr[oved dealers]

OTHER IMPORTANT TERMS OF YOUR CONTRACT

zona & North Dakota BUYER'S RIGHT TO CANCEL: 1. Do not sign this agreement if any of the spaces intended for the agreed terms to the extent of then ailable information are left blank. 2. You are entitled to a copy of this agreement at the time you sign it. 3. You may pay off the full unpaid balance due der this agreement at any time, and in so doing you shall be entitled to a full rebate of the unearned finance charges and insurance charges. 4. You may ncel this agreement any time prior to midnight of the third business day after the date of this transaction. 5. It shall not be legal for the seller to enter your emises unlawfully or commit any breach of the peace to repossess goods purchased under this agreement. Arizona Residents THIS INSTRUMENT IS SED UPON A HOME SOLICITATION SALE WHICH IS SUBJECT TO THE PROVISIONS OF TITLE 44, CHAPTER 15. THIS INSTRUMENT IS NOT GOTIABLE. North Dakota Residents 65 years and older may cancel in 15 business days if the purchase price is over $50

nnecticut - THIS INSTRUMENT IS BASED UPON A HOME SOLICITATION SALE, WHICH SALE IS SUBJECT TO THE PROVISIONS OF THE HOME LICITATION SALES ACT. THIS INSTRUMENT IS NOT NEGOTIABLE.

**strict of Columbia BUYER'S RIGHT TO CANCEL: If this agreement was solicited at or near your residence and you do t want the goods or services, you may cancel this agreement by mailing a notice to the seller. The notice must say tha u do not want the goods or services and must be mailed before midnight of the third business day after you signed is agreement. The notice must be mailed to the seller's name and address on the notice of cancellation. If you cancel, e seller may not keep any of your cash down payment. See your notice of cancellation for an explanation of this right**

**rida BUYER'S RIGHT TO CANCEL: This is a home solicitation sale, and if you do not want the goods or services, you may cancel this reement by providing written notice to the seller in person, by telegram, or by mail. This notice must indicate that you do not want the goods or vices and must be delivered or postmarked before midnight of the third business day after you sign this agreement. If you cancel this reement, the seller may not keep all or part of any cash down payment. See the accompanying notice of cancellation form for an explanation of s right. Water Treatment Notice: If this contract involves the sale of a water treatment device, the operational, maintenance, and replacement uirements are essential for the water treatment device to perform as represented.**

**ntucky & Oklahoma BUYER'S RIGHT TO CANCEL: If this agreement was solicited at your residence and you do not want the goods or services, u may cancel this agreement by mailing a notice to the seller. The notice must say that you do not want the goods or services and must be iled before midnight of the third business day after you sign this agreement. The notice must be mailed to Seller at Seller's name and address the accompanying Notice of Cancellation. See the accompanying notice of cancellation form for an explanation of this right.**

) LIABILITY, PERSONAL OR PROPERTY INSURANCE COVERAGE IS PROVIDED TO BUYER UNDER THIS CONTRACT

**EP THIS CONTRACT TO PROTECT YOUR LEGAL RIGHTS. THIS INSTRUMENT IS NOT NEGOTIABLE.**

**IS SALES SLIP IS IN ACCORDANCE WITH THE TERMS OF YOUR REVOLVING CREDIT AGREEMENT, WHICH NTAINS THE FEDERAL TRUTH-IN-LENDING DISCLOSURES, PAYMENT TERMS, AND OTHER IMPORTANT FORMATION ABOUT YOUR ACCOUNT WITH US.**

**THIS BOX IS NOT PART OF THE AGREEMENT BETWEEN SELLER AND BUYER(S)**

COPY

ssignment to Aqua Finance, Inc.

aler assigns all rights and interest in this Revolving Credit Sales Slip ("Sales Slip"), made pursuant to [illegible] ("Agreement") between aler and Buyer previously or concurrently assigned, and the household goods purchased ("Collateral") to Aqua [illegible] (a) The Agreement Warranties. Except as modified by the Master Dealer Agreement and related exhibits, as amended from time to time [illegible] ted. (b) All d Sales Slip are genuine and legally enforceable according to their terms; and no Buyer was a minor or incompetent when [illegible] the Buyer's credit. atements contained in the Agreement and Sales Slip are true; Dealer has no notice of any matters not disclosed to AFI which [illegible] and Dealer has no y down payments and non-filing insurance fee were collected; Dealer has not made and will not make any advancement to Buyer(s) or to defer payment of a portion of the reement with Buyer(s) to separately finance or impose finance charges on or refinance any pick-up payment or to defer payment of a portion of the wnpayment to a date later than the due date of the second billing period. Dealer has not made any oral or written warranties other than manufacturer's rranty. (c) The Agreement and Sales Slip comply with applicable laws and regulations; Dealer has performed or will perform all of its obligations to Buyer(s) rsuant to this sale; and no Buyer has any defense, set-off or counterclaim, whether or not asserted, to Buyer's liability under the Agreement and Sales Slip. ) The Collateral is as represented to Buyer by Dealer; at the time of sale Dealer had full authority to sell the Collateral to Buyer(s) free from any security erest or other encumbrance; the Collateral has been delivered to and accepted by Buyer(s) within 10 days of the sale date; and the security interest created the Agreement is the only security interest in or encumbrance on the Collateral. (e) Dealer shall immediately send appropriate documentation to AFI so that thin 10 days of delivery of the Collateral to Buyer, AFI may perfect a first security interest in the Collateral. (f) Dealer has full authority to assign the Sales Slip AFI; Dealer will in addition to the provision of section 1(e) above, take any steps AFI requests to perfect the security interest created by the Agreement and to signate AFI as secured party of record; and AFI's interest in the Agreement is not subordinate to any security interest or other encumbrance. (g) The uipment purchased by Buyer was carefully and properly installed, inspected and adjusted to factory recommendations. Operation and service of the uipment and the importance of following the instructions in the Owner's Manual were explained to Buyer.

**Authority of AFI.** AFI may, without notice and without impairing AFI's right against Dealer, in the name of Dealer or otherwise, take all actions and legal oceedings deemed advisable by AFI with respect to the Agreement, Sale, or Collateral, including without limitation, modifying, extending or compromising any ms, discharging or releasing any person liable or releasing any security.

**Non-Liability of AFI.** AFI has no duty to perfect any security interest in the Collateral, to enforce any rights of Dealer or to preserve rights under the reement against prior parties.

Remedies of AFI. If (i) if Dealer breaches any warranty or makes any false warranty or (ii) AFI receives notice of a complaint, claim or defense against aler or AFI, then Dealer must, at AFI's request, pay to AFI the full amount unpaid (less AFI's unearned charges), plus expenses incurred by AFI in leavoring to collect or enforce the Agreement and this assignment, and Dealer indemnifies and agrees to defend and hold AFI harmless from any loss, ility, penalty, claim, damage or expense claimed or incurred by reason thereof. AFI will reassign the Agreement to Dealer without any recourse or ranties after Dealer has paid AFI in full. Dealer indemnifies and agrees to defend and hold AFI harmless from any loss, liability, penalty, claim, damage or ense claimed or incurred by Buyer(s) bringing a suit or action against AFI under the NOTICE regarding liability for assignees or holders stated in the eement. AFI will, at Dealer's request, reassign the Agreement to Dealer without any recourse or warranties, after Dealer has made payment in full. These edies are not intended to be exclusive, and AFI may exercise other legal and contractual remedies at its option.

LER SIGNS THIS ASSIGNMENT WITHOUT RECOURSE EXCEPT AS PROVIDED ABOVE AND IN DEALER'S MASTER DEALER AGREEMENT WITH AS AMENDED FROM TIME TO TIME.

er: AQUAPRO ELITE SYSTEMS ______________________________

______________________________ (Authorized Signature) Title: ______________

PAGE 2 OF 2

-GN 10-1-2015 - (AL, AK, AZ, AR, CA, CO, CT, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, SC, SD, TN, TX, UT, VA, WA, WI, WY, DC) ORBIT 2.5% factor AFI Proprietary Form – for use by AF[illegible]

Minnesota Sales: List Type of Goods of Services Purchased: /

BUYER NAME/NOMBRE DEL COMPRADOR
KIMBLY R ARNOLD

CO-BUYER NAME/ NOMBRE DEL CO-COMPRADOR
BYRON ARNOLD

I acknowledge receipt of 2 completed copies of this Notice / Atestiguo haber recibido 2 copias de este aviso

Buyer's Signature / Firma del Comprador

Co-buyer's signature / Firma del Comprador Conjunto

## NOTICE OF CANCELLATION

Date of Transaction: 2/12/2016

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS (FIVE in Alaska and FIFTEEN in North Dakota if you are 65 years or older) from the above date. If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN BUSINESS DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled. If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale, or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk. If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract (except in Texas and Wisconsin).
To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to Seller & Address of Seller's Place of Business – print or stamp below

AQUAPRO ELITE SYSTEMS
560 BIRCH ST #6
LAKE ELSINORE, CA 92530

NOT LATER THAN MIDNIGHT OF 2/17/2016 (date)
I HEREBY CANCEL THIS TRANSACTION.

Buyer's Signature Date

## NOTICE OF CANCELLATION

Date of Transaction: 2/12/2016

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS (FIVE in Alaska and FIFTEEN in North Dakota if you are 65 years or older) from the above date. If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN BUSINESS DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled. If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale, or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk. If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract (except in Texas and Wisconsin).
To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to Seller & Address of Seller's Place of Business – print or stamp below

AQUAPRO ELITE SYSTEMS
560 BIRCH ST #6
LAKE ELSINORE, CA 92530

COPY

NOT LATER THAN MIDNIGHT OF [illegible] (date)
I HEREBY CANCEL THIS TRANSACTION.

Buyer's Signature

## NOTIFICACIÓN DE CANCELACIÓN

Fecha de la transacción :

Usted puede CANCELAR esta transacción, sin penalidad u obligación alguna, dentro de los TRES DÍAS LABORABLES (Cinco días en Alaska y quince en North Dakota si excede los 65 años de edad) siguientes a la fecha de arriba. Si cancela, cualquier propiedad comerciada, cualquier pago hecho por usted bajo el contrato o venta, y cualquier instrumento negociable ejecutado por usted, será retornado dentro de los DIEZ DÍAS LABORABLES siguientes con un recibo del comerciante de la noticia de su cancelación y todo interés garantizado derivado de la transacción será cancelado. Si cancela, usted debe poner a disposición del vendedor en su residencia, todo bien que le haya sido entregado bajo este contrato o venta, en una condición considerablemente tan buena como cuando los recibió; o puede si así lo desea, cumplir las instrucciones del vendedor respecto a la devolución del envío de los bienes a cargo y riesgo del vendedor. Si pone los bienes a disposición del vendedor y el vendedor no los recoge dentro de los 20 días a partir de su Notificación de Cancelación, puede guardar o vender los bienes sin obligación adicional alguna. Si no pone los bienes a disposición del vendedor o si acuerda devolver los bienes al vendedor y no lo hace, será responsable del cumplimiento de todas las obligaciones bajo este contrato (excepto en Texas y Wisconsin).

Para cancelar esta transacción, envíe una carta o entregue una copia firmada y fechada de esta notificación de cancelación o cualquier otra notificación escrita, o envíe un telegrama, a Nombre y dirección del Vendedor – imprima aquí

NO MÁS TARDE DE LA MEDIA NOCHE DE (fecha)
POR LA PRESENTE CANCELO ESTA TRANSACCIÓN.

Firma del Comprador Fecha

## NOTIFICACIÓN DE CANCELACIÓN

Fecha de la transacción :

Usted puede CANCELAR esta transacción, sin penalidad u obligación alguna, dentro de los TRES DÍAS LABORABLES (Cinco días en Alaska y quince en North Dakota si excede los 65 años de edad) siguientes a la fecha de arriba. Si cancela, cualquier propiedad comerciada, cualquier pago hecho por usted bajo el contrato o venta, y cualquier instrumento negociable ejecutado por usted, será retornado dentro de los DIEZ DÍAS LABORABLES siguientes con un recibo del comerciante de la noticia de su cancelación y todo interés garantizado derivado de la transacción será cancelado. Si cancela, usted debe poner a disposición del vendedor en su residencia, todo bien que le haya sido entregado bajo este contrato o venta, en una condición considerablemente tan buena como cuando los recibió; o puede si así lo desea, cumplir las instrucciones del vendedor respecto a la devolución del envío de los bienes a cargo y riesgo del vendedor. Si pone los bienes a disposición del vendedor y el vendedor no los recoge dentro de los 20 días a partir de su Notificación de Cancelación, puede guardar o vender los bienes sin obligación adicional alguna. Si no pone los bienes a disposición del vendedor o si acuerda devolver los bienes al vendedor y no lo hace, será responsable del cumplimiento de todas las obligaciones bajo este contrato (excepto en Texas y Wisconsin).

Para cancelar esta transacción, envíe una carta o entregue una copia firmada y fechada de esta notificación de cancelación o cualquier otra notificación escrita, o envíe un telegrama, a Nombre y dirección del Vendedor – imprima aquí

NO MÁS TARDE DE LA MEDIA NOCHE DE (fecha)
POR LA PRESENTE CANCELO ESTA TRANSACCIÓN.

Firma del Comprador Fecha

WHITE/BLANCO - Original YELLOW/AMARILLO - Dealer Copy/Copia del Distribuidor PINK/ROSA & GOLD/ORO - Customer Copy/Copia del Cliente

KEEP THIS INFORMATION FOR YOUR RECORD

EVOLVING CREDIT AGREEMENT AND DISCLOSURE STATEMENT

aler may assign all rights under this Agreement and any credit sale made pursuant to it (as denced by a revolving credit sales slip) to Aqua Finance, Inc. ("AFI") and to AFI's further assigns.

*Not all offers will contain introductory rates. If not otherwise pecified on Revolving Credit Sales Slip or Promo Addendum, then our APR is the maximum non-introductory state APR in table, below.

| terest Rates and Interest Charges | |
|---|---|
| nnual Percentage ate (APR) r Purchases | Introductory rates between 0% and 9.9%, ranging from 6 months to 12 months.*** Non-introductory rates between 5.9% and 17.99%. All rates are based on the specific promotion or your credit worthiness, and dealer participation. (Maximum APR Varies By State, see table below *) |
| enalty APR nd When it Applies** | 21% (see table below for applicability in your state**). This APR may be applied to your account if you make a late payment. How Long Will the Penalty Rate Apply?: The Penalty APR may remain in effect indefinitely. |
| aying Interest | Interest Charges begin on the date a purchase is posted to your account, except in states requiring a grace period, in which case your due date is at least 25 days after the close of each billing cycle and we will not charge you interest if you pay your entire balance by the due date. |
| inimum Interest Charge | If you are charged interest, the charge will be no less than $0.50. |
| or Credit Card Tips from e Consumer Financial rotection Bureau | To learn more about factors to consider when applying for or using a credit card, visit the Consumer Financial Protection Bureau's website at http://www.consumerfinance.gov/learnmore. |
| ees | |
| enalty Fees ate Payment eturned Payment | Fees Vary By State Up to $35 See Paragraph 11 of Agreement Up to $35 See Paragraph 12 of Agreement |

w We Will Calculate Your Balance: We use a method called the "Daily ance (including new purchases)." See your account Agreement for more ails.

s of Introductory APR: We may end your introductory APR and apply the alty APR if you make a late payment.

ng Rights: Information on your rights to dispute transactions and how to rcise those rights is provided in your account agreement.

information is accurate on the date of your application and initial purchase. y of this information changes you will be notified at least 45 days r to any change and how to contact us regarding any change. rms are subject to change.

| 17.99% | All other states |
|---|---|

** The penalty APR rate does not apply in the following states: Arkansas, Colorado, Connecticut, Delaware, Florida, Illinois, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, North Carolina, Oklahoma, Pennsylvania, Rhode Island, South Carolina, Texas, and Wyoming.

1. GENERAL: If your credit application is approved and we open a revolving credit account for yo you may purchase household goods and services on credit from the dealer where you opened yo account. Purchases are pursuant to a revolving credit sales slip and you agree that all sales a subject to the terms of this Agreement.

2. PROMISE TO PAY: You agree to pay for all purchases made on your account, INTERES CHARGES, and other applicable charges or fees under this Agreement incurred by you or anyo you authorize or permit to use your account. If this account is a joint account, each joint account hol agrees to pay, and all account holders are jointly and severally responsible for all amounts owed the account. If your account is referred for collections to an attorney who is not our salaried employ you agree to pay reasonable attorney fees and reasonable collection costs to the extent allowed law in your state. If your state does not allow attorney fees (IA, ME, OH, and WI), you agree to pay statutory attorney fees and costs that may be awarded to us by a court of law.

3. CREDIT LIMIT: We set a credit limit on your account which we may modify at any time for reason not prohibited by law. You may not charge purchases if it causes you to exceed your credit unless we allow such purchases. You agree to pay all amounts over your credit limit.

4. BILLING STATEMENT: We will mail you a statement each month you have an account bal greater than $1.00 at the address we have in our records. This statement will show credit purcha late charges, NSF fees, previous balance, new balance, payments received, credits, INTER CHARGES, total minimum payment due, and payment due date.

5. MINIMUM MONTHLY PAYMENT: All payments, except disputed payments, must be mail delivered to the Payment Processing Center address shown on your monthly billing stateme payments must be made by electronic fund transfer, check or money order. Do not send cash. or other nonconforming methods of payment may be rejected. We may accept partial or late pay or checks marked "payment in full" or other restrictive endorsement without losing our right to r the full amount owed. Your billing statement will include requirements for you to follow in r payments. Disputed payments, including those which indicate that the payment constitutes "pa in full" of the amount owed, must be mailed [illegible] to the Customer Service address listed You agree to pay us at least the Total [illegible] Payment reflected on your stateme may pay more than the Total Minimum Monthly [illegible] may pay the entire amo at any time. The Total Minimum Monthly Payment [illegible] your billing statement wil sum of the Minimum Monthly Payment plus all past due [illegible] fees, and other charg Minimum Monthly Payment is calculated at the end of the first month in which you make a pu and will be calculated each month in which you make an additional purchase. Your Minimum Payments will be between 2% and 5% of the "Highest Monthly Charge" balance since your Charge Balance was zero (or if you participate in specified Promotion Plans, Your Minimum Payments will be between 1% and 2% of the "Highest Monthly Charge" balance since your Charge Balance was zero), less any Special Payment Plans as shown on your billing s rounded to the next higher dollar, or $15, whichever is greater, unless your account balanc than $15 in which case the Minimum Monthly Payment will be equal to the account bala agree that any payment may be returned if your check is (i) not drawn in U.S. dollars on deposit in the U.S.; (ii) missing a signature; (iii) drawn with different numeric and written am contains a restrictive endorsement; (v) postdated; or (vi) not paid on presentment. If you do a Total Minimum Monthly Payment within 60 days of its due date, we may apply the Penal your account, if allowed by the state of your residence. We will give you advanced notice o the Penalty APR is effective. The Penalty APR may remain in effect indefinitely, unless you first six consecutive Total Minimum Monthly Payments when due following the effective d application of the Penalty APR to your account.

6. ELECTRONIC FUND TRANSFER: When you provide a check, you authorize us eit information from your check to make a one-time electronic fund transfer from your acc process the transaction as a check. When we use your check to make an electronic fu funds may be withdrawn from your account as soon as the same day we receive your pa you may not receive your check back from your financial institution. If there are insuffici your account you authorize us to charge an NSF Fee as indicated below and collect t through an electronic fund transfer from your account.

7. PREPAYMENT: You may pay your entire account balance at any time without penal not pay the entire balance in full, you must make a minimum payment each month by t due date that appears on your billing statement. Under federal law, we are not required t amounts less than $1.00.

8. INTEREST CHARGE: INTEREST CHARGES begin the date a purchase is posted to and accrue as long as your account has a balance, except in states with a mandatory The INTEREST CHARGE is computed by applying a daily periodic rate of between 0% (corresponding to an APR of 9.9%) for an Introductory APR, or between .01616% (co an APR of 5.9%) and .04929% (corresponding to an APR of 17.99%) for a Non-Introd the daily balance. The daily balance is calculated by taking the beginning balance in th day, adding any new purchases, and subtracting any unpaid interest or other financ any payments and credits. The INTEREST CHARGE is calculated by (i) taking eac (ii) multiplying that daily balance by the applicable daily periodic rate, (iii) adding toget amounts for each day in the billing cycle. The total periodic INTEREST CHARGES fo is the sum of the periodic INTEREST CHARGES for each purchase type rounded to

CHARGE, except in ... Maine, Maryland, Massachusetts, Mississippi, North Carolina, and Virginia ... & Vermont on new purchases where your account balance is $0 or you have paid your previous balance due in full by the end of the billing cycle.

9. DEFAULT: You are in default if: (a) you fail to make a required payment when due on two occasions in any 12 month period; (b) you fail to observe or perform any of the other covenants or duties contained in this Agreement if the failure materially impairs the condition, value or protection of our right in any Collateral, or materially impairs your ability to pay any amounts on your billing statement when due. You will receive a Notice of Right to Cure in the following states: Colorado, Iowa, Kansas, Maine, Massachusetts, Missouri, Nebraska, Pennsylvania, and Wisconsin. If you fail to cure within the time allowed in your notice or within 30 days if you live in a state with no notice requirement, we may accelerate your balance.

10. SPECIAL CREDIT PROMOTION PLANS: We may occasionally offer special credit promotion plans for you to participate in at your option.

11. LATE FEE: If your payment is more than 10 days late (15 days in ME, MA, ID or SD and 30 days in NC), you may be charged a late fee up to the amount indicated below for your state of residence. The late fee will be added to your account balance.

| | | |
|---|---|---|
| KS &MO if payment due is less than $25 | | $5 |
| AK, AR, CA, FL, KS, MO, MT, NJ, NC, OH, RI, SD, TN | | $10 |
| CO, IN, IA, MS, NV, NH, NY, ND, OR, VT, WA, WI | | $15 |
| GA | | $25 |
| MN -$7.80 maximum | | 5% of payment due |
| KY & WY ($10 minimum); AL, ID & MI ($15 minimum); HI, NE, VA | 5% of payment due; | $35 maximum* |
| UT | 5% of payment due; | $30 maximum* |
| OK ($5 minimum) | 5% of payment due; | $20 maximum |
| SC, TX, D.C. | 5% of payment due; | $15 maximum |
| AZ, CT, IL, LA, MD, ME, PA | 5% of payment due; | $10 maximum |
| NM | 5% of payment due; | $5 maximum |
| MA | 10% of payment due; | $10 maximum |

*($25 maximum-first occurrence in more than 6 months.)

12. RETURNED PAYMENT / NSF FEE: If any payment instrument or method is dishonored by your bank or the drawee, you agree to pay an NSF fee up to the amount indicated below for your state of residence. No NSF fee will be charged if your state of residence is DE, MD, NE or WY. If required by your state, you will receive a notice with instructions about the NSF service or collection fees, and if you fail to pay the fee we will add it to your account balance. We are not required to present payment instruments more than once to the drawee for payment. This fee will be added to your account balance.

| | |
|---|---|
| MA, ME, AZ (greater of $10 or bank fee) | $10 |
| CA, MS, MO | $15 |
| CT, D.C., ID, IA, NJ, NY, OH, PA, UT, VT | $20 |
| AR, CO, FL, IL, IN, KY, LA, MI, MN, NV, NH, NM, NC, OK, RI, TX, WI | $25 |
| AL, AK, GA, HI, KS, MT, SC, SD, TN | $30* |
| ND, OR, VA, WA | $35* |

*($25 maximum-first occurrence in more than 6 months.)

13. ACCOUNT INFORMATION: You authorize us to furnish information about your account to credit reporting agencies and anyone else who may lawfully receive such information. On request, you agree to promptly provide us with accurate and updated financial and employment information. You agree to give us prompt notice of any change in your name, address, and telephone numbers. Where allowed by law, you authorize the Department of Motor Vehicles to release your address if it becomes necessary to locate you.

14. CHANGE IN TERMS: We may change the terms of this Agreement, as permitted by law, at any time. You will be notified of changes in accordance with applicable state and federal law, but in the event your state does not specify a time period, you will be notified at least 45 days in advance of any such changes, and such notice will be sent to your current address as shown on our records for your account. We count the days from the date we mail the notification.

15. CREDIT INVESTIGATION: You agree we may investigate your credit, employment, and financial status. You authorize us to obtain a credit report and any other information about your creditworthiness in connection with processing your application for credit, and subsequently in connection with any extension of credit, request to increase credit limits, or any renewal or update of your account, or to take collection action on the account, or to investigate disputes regarding your account. At your request, we will inform you if such reports were ordered, and the names of the credit bureaus that provided reports. You authorize the Department of Defense and its various departments and commands to verify your social security number or other identifier and disclose your home address to the authorized holder of this Agreement for purposes of performing or enforcing the terms of this Agreement. You authorize any past or present employer to confirm employment or communicate with us regarding your indebtedness to us if you fail to meet the terms and conditions of this Agreement. We use information furnished solely in connection with performing

may cancel your ... 844, Wausau, WI 54402-0844. Your notice ... will be responsible for all amounts owed pursuant to the terms of this Agreement ... has been approved ... until your application ... is not ... Agreement to any assignee of

17. ASSIGNMENT: This Agreement ... We have the right to assign any or all of our rights under it and any attempt to make AFI ... choosing. You may not assign this Agreement or any rights under it ... an assignment will be null and void. You understand that Dealer and AFI are independent ... and not employees or agents of one another. This Agreement legally binds the parties and respective heirs, representatives, executors, administrators, successors and assigns.

18. SEVERABILITY: If any provision of this Agreement is deemed void or unenforceable und law, rule, or regulation, all other provisions remain in effect and enforceable.

19. NON-WAIVER: We do not lose any of our rights under this Agreement if we delay taking for any reasons.

20. REPRESENTATION: You swear that all the information you supplied on your credit app and all the information on each revolving credit sales slip is and will be true, correct, and accur false, incorrect, or misleading information you knowingly supply is a deliberate misrepreser

21. STATE LAW RESIDENT NOTICES:

CALIFORNIA STATE NOTICE: Applicants may 1) use the credit acc to its credit limit after credit approval; 2) be liable for amounts extendec the plan to any joint applicant. A negative credit report reflecting on you record may be submitted to a credit reporting agency if you fail to fulfill th of your credit obligations.

COLORADO RESIDENTS: Warning: The terms of this revolving charge account may be whether or not authorized by agreement, in accordance with the Colorado UCCC applicable law.

DELAWARE: Service charges not in excess of those permitted by law will be char outstanding balances from month to month.

DISTRICT OF COLUMBIA: Seller certifies that the information contained in the contra with the District of Columbia Municipal Regulations, Title 16, Chapter 1.

ILLINOIS: No applicant may be denied a credit card on account of race, color, relig origin, ancestry, age (between 40 and 70), sex, marital status, physical or ment unrelated to the ability to pay or unfavorable discharge from military service. The a request the reason for rejection of his or her application for a credit card. No person for a credit card solely because of a change ... marital status unless the change in has caused deterioration in the person... A person may hold a cre name permitted by law that he or she ... generally known by, so lo is intended thereby.

MAINE: We may request a consumer report in connection ... application for c ask whether a consumer report was obtained by us and we will tell you the name and consumer reporting agency, if a report was obtained. Charges incurred by use of yo and payable on receipt of your monthly statement.

MARYLAND: Finance charges will be made in amounts or at rates not in excess of the law. You may pay the entire balance at any time without incurring additional charges.

NEW HAMPSHIRE: Consumer or Consumer's attorne a complaint with the New Hampshire Commissioner of

VERMONT: We may obtain your credit reports at any time, for any legitimate pu with the account or the application or request for an account, including but not lim modifying, renewing and collecting on your account. On your request we will inf report was ordered. If so, we will give you the name and address of the consumer furnishing the report.

OHIO: Ohio anti-discrimination laws require creditors to make credit equall creditworthy customers and that credit reporting agencies maintain separate individuals upon request. The Ohio Civil Rights Commission administers these la

TEXAS: To contact Aqua Finance, Inc. about this account call 715-848-5425 subject in whole or in part to Texas law which is enforced by the Consumer Cr 2601 N. Lamar Blvd., Austin, Texas 78705. Phone 512-936-7600. Contact the co to any inquiries or complaints.

22. SECURITY AGREEMENT: You grant us a purchase money security interes Commercial Code in each household good purchased on account to the full law. To the extent allowed by law, you will pay all official fees and taxes, and reasonable action requested by us to preserve the collateral or to establish, perfect, continue perfected, terminate or enforce our interest in it or rights un you do not make payments as agreed, this security interest allows us to take with state laws governing the enforcement of security interests in collateral. keep the goods installed at the address on the credit application and to no alter them without our written consent. You may lose the goods you purchas your obligations under this agreement.

23. NOTICE:

ANY HOLDER OF THIS CONSUMER CREDIT CONTRA TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR AGAINST THE SELLER OF GOODS OR SERVICES OBTA TO THIS AGREEMENT OR WITH THE PROCEEDS FRO RECOVERY UNDER THIS AGREEMENT MAY NOT EXCE OF CREDIT OUTSTANDING

... of receiving any goods or you may waive the right to set-offs or defense against assignee if assignee provides you a notice of your rights and you fail to exercise those rights pursuant to the terms of the notice. ... residents - You must give assignee notice within 60 days of assignment to assert claims and defenses against assignee. Oklahoma & South Dakota residents - You waive the right to bring a claim or defense against assignee if assignee provides you a notice of your rights and you fail to exercise those rights pursuant to the terms of the notice. Wisconsin residents - You waive the right to bring a claim or defense against assignee after 12 months if assignee provides you a notice of your rights to do so and you fail to exercise those rights pursuant to the terms of the notice of assignment. This waiver is in accordance with section 422.407 (4) of the Wisconsin Consumer Act. Wyoming residents - You waive the right to bring a claim or defense against assignee for 45 days after assignment if assignee provides you a notice of your rights and you fail to exercise those rights pursuant to the terms of the notice.

14. **CUSTOMER SERVICE:** Direct all inquiries concerning your account to:

Aqua Finance, Inc.
P.O. Box 844
Wausau, WI 54402-0844

or call Customer Service at telephone number 800-234-3663.

15: **BILLING RIGHTS NOTICE:**

Your Billing Rights: Keep this Document for Future Use

**This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.**

**What To Do If You Find A Mistake On Your Statement**

If you think there is an error on your statement write us at:

Aqua Finance, Inc.
ATTN: Customer Billing
One Corporate Drive, Suite 300
Wausau, WI 54401

In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**

**When we receive your letter, we must do two things:**

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

**While we investigate whether or not there has been an error:**

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**After we finish our investigation, one of two things will happen:**

- *If we made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If we did not believe there was a mistake:* You will have to pay the amount in question along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you may write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

... you questioned amount ...

*Your Rights If You Are Dissatisfied With Your Credit Card Purchases*

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:

- The purchase must have been in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services).
- You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
- You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

Aqua Finance, Inc.
ATTN: Customer Billing
One Corporate Drive, Suite 300
Wausau, WI 54401

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Note to all Buyers: Finance Charges will be made in amounts or at rates not in excess of those permitted by law. You have the right to pay in advance the full amount due.**

**NOTICE TO BUYER: 1) DO NOT SIGN ANY PART OF YOUR REVOLVING CREDIT AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. 2) YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF ANY AGREEMENT WHEN [illegible]. 3) A FINANCE CHARGE WILL BE COMPUTED ON THE OUTSTANDING BALANCE EACH BILLING PERIOD IN ACCORDANCE WITH THE RATES ABOVE. 4) YOU MAY PAY YOUR TOTAL UNPAID BALANCE AT ANY TIME.**

Dealer Name: AQUAPRO ELITE SYSTEMS

Address: 560 BIRCH ST #6
LAKE ELSINORE, CA 92530

**unt Information**

rity, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

**lumn Title Descriptions:**

t Number - The Account number reported by credit grantor
. Opened - The Date that the credit grantor opened the account
igh Credit - The Highest Amount Charged
redit Limit - The Highest Amount Permitted
s Duration - The Number of Installments or Payments
Frequency - The Scheduled Time Between Payments
Reviewed - The Number of Months Reviewed
Designator - The Most Recent Account Activity
editor Class - The Type of Company Reporting The Account
te Reported - Date of Last Reported Update
nce Amount - The Total Amount Owed as of the Date Reported
Status - Condition of Account When Last Updated by Creditor or Otherwise

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Paymnt - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of 1st Delinquency - The Date of First Delinquency
Date of Last Actvty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

| nt History / us Code / criptions | | | |
|---|---|---|---|
| | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

nance PO Box 844 Wausau WI 54402-0844 (715) 848-5425

| ber | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 02/19/2016 | $5,991 | $6,000 | | Monthly | 2 | Transfer/Sold | |

| ed | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | $0 | | | | | | | | | | | | 02/2016 |

Pays As Agreed; Type of Account - Revolving; Type of Loan - Line Of Credit; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Line t;

inance Company Inc PO Box 1507 Waukesha WI 53187-1507 (800) 356-3329

| umber | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 6* | 02/19/2016 | $6,003 | $6,000 | | Monthly | 3 | Transfer/Sold | |

| of orted | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | $0 | | 03/2016 | | | | 03/2016 | | | | | | 03/2016 |

- Pays As Agreed; Type of Account - Revolving; Type of Loan - Line Of Credit; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Line edit;

Case No.: 16-90571

In re: BYRON ARNOLD
KIMBLY ARNOLD
Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Intere Paid |
|---|---|---|---|---|---|---|
| DEPT OF ED NAVIENT | Unsecured | NA | NA | NA | .00 | |
| DEPT OF ED NAVIENT | Unsecured | NA | NA | NA | .00 | |
| DEPT OF ED NAVIENT | Unsecured | NA | NA | NA | .00 | |
| DEPT OF ED NAVIENT | Unsecured | NA | NA | NA | .00 | |
| HCCREDIT/CIT | Unsecured | 1,887.00 | NA | NA | .00 | |
| LOANCARE LLC | Secured | NA | 18,055.31 | 18,055.31 | 18,055.31 | |
| LOANCARE LLC | Secured | 10,000.00 | 9,793.18 | 9,793.18 | .00 | |
| LOANCARE LLC | Secured | NA | .00 | .00 | .00 | |
| NAVIENT SOLUTIONS INC | Unsecured | 35,899.00 | 32,664.64 | 32,664.64 | .00 | |
| OFFICE OF THE US TRUSTEE | Unsecured | NA | NA | NA | .00 | |
| PREMIER BANKCARD LLC | Unsecured | 383.00 | 421.59 | 421.59 | .00 | |
| QUANTUM3 GROUP LLC AS AGENT FOF | Secured | NA | 5,926.66 | 5,926.66 | .00 | |
| QUANTUM3 GROUP LLC AS AGENT FOF | Unsecured | 5,917.00 | .00 | .00 | .00 | |
| SELECT PROPERTY MANAGEMENT INC | Unsecured | NA | 823.05 | 823.05 | .00 | |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Inter Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 18,055.31 | 18,055.31 | |
| Mortgage Arrearage: | 9,793.18 | .00 | |
| Debt Secured by Vehicle: | 14,028.10 | 541.54 | 21 |
| All Other Secured: | 5,926.66 | .00 | |
| **TOTAL SECURED:** | 47,803.25 | 18,596.85 | 21 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | |
| Domestic Support Ongoing: | .00 | .00 | |
| All Other Priority: | .00 | .00 | |
| **TOTAL PRIORITY:** | .00 | .00 | |
| **GENERAL UNSECURED PAYMENTS:** | 40,881.44 | .00 | |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $7,219.09 |
| Disbursements to Creditors: | $18,816.55 |
| **TOTAL DISBURSEMENTS:** | $26,0 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper

Date: 01/03/2018

By: /s/RUSSELL D. GREER
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

Kimbly Arnold
Byron Arnold
1611 Carlton Avenue
Modesto, CA. 94350
(510) 717-6205
RE: Account #: X402063836


March 30, 2020


Quantum3 Group, LLC
Aqua Finance, Inc
12006 98th Avenue NE. Suite 200
Kirkland, WA 98034
Direct: (425) 242-7107
Fax: (425) 242-7101


**Re:   Notice of Intent to Name  Quantum3 Group, LLC Aqua Finance, as the Two Defendant in an Existing Lawsuit Filed Against LoanCare on December 31, 2019 in the United States Court of Eastern District in Civil Action Case # 1:20-CV-00189-NONE-EPG for False Claims and Actual Damages**

Dear Lihn K. Tran, Authorized Agent

This letter is to put you on notice. By letter dated March 30, 2020 to Quantum3 Group, LLC, and Creditor Aqua Finance, Inc will be joined as two Defendant in the before mention lawsuit for False Claim against the Bankruptcy Court and Actual Damages recently discover on March 23, 2020.

I requested the that the October 19, 2019 Lien held on 1611 Carlton Avenue, Modesto, CA. 95350 be remove because Aqua Finance concealed important information from the United State Bankruptcy Court that Aqua Finance had transferred or terminated their rights to the contract on March 16, 2016; and Therefore, the Plaintiff Byron Arnold and Kimbly Arnold are preparing to argue that the Defendant(s) submitted a False Claim against the Bankruptcy Courts; and the "Termination" occurred when either party pursuant to a power created an agreement or law to puts an end to the contract otherwise than for its breach has cause the Plaintiff to suffer irreparable loss and damages over $10,000 and therefore are named as "real party defendant in interest.[United State ex rel. Spicer v. Westbrook ( 5th Cir. 2014) 751 F3d 354, 362; U-Haul Int'l, Inc. v Jartran, Inc. (9th Cir. 1986) 793 F2d 1034, 1038.

**Your accounts in good standing** These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

## Credit items

### AQUA FINANCE Partial account # X40206....

1 CORPORATE DR, WAUSAU, WI 54401 or (715) 848 5425

**Date opened**
Feb 2016
**Type**
Line of Credit
**Responsibility**
Joint with
BYRON ARNOLD

**First reported**
Feb 2016
**Terms**
Not reported
**Monthly payment**
Not reported
**Credit limit or original amount**
$6,000
**High balance**
$5,991

**Recent balance**
Not reported
**Status**
Closed.
This account is scheduled to continue on record until Apr 2026
**Comment:**
Purchased by another lender
**Date of Status**
Apr 2016

Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | | [illegible] | [illegible] | [illegible] | | | | | | | | |

### BAY FINANCE COMPANY LLC Partial account # X40206....

1 CORPORATE DR STE 300, WAUSAU, WI 54401 or (866) 900 6779

**Date opened**
Feb 2016
**Type**
Line of Credit
**Responsibility**
Joint with
BYRON ARNOLD

**First reported**
Feb 2016
**Terms**
Not reported
**Monthly payment**
Not reported
**Credit limit or original amount**
$6,000
**High balance**
$6,003

**Recent balance**
Not reported
**Status**
Closed/Never late.
This account is scheduled to continue on record until Mar 2026
**Comment:**
Purchased by another lender.
**Date of Status**
Mar 2016

Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | | [illegible] | [illegible] | | | | | | | | | |

### DEPT OF ED/NAVIENT Partial account # 92729494701E0012011....

PO BOX 9635, WILKES BARRE, PA 18773 or (888) 272 5543

**Date opened**
Oct 2011
**Type**
Education
**Responsibility**
Individual

**First reported**
Nov 2011
**Terms**
120 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$3,811
**High balance**
Not reported

**Recent balance**
$4,203 as of Oct 2018
**Status**
Open/Never late.
Deferred, payments begin Feb 2019.
**Date of Status**
Oct 2018

Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 | Mar18 | Feb18 | Jan18 | Dec17 | Nov17 | Oct17 | Sep17 | Aug17 | Jul[illegible] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 4,191 | 4,180 | 4,168 | 4,156 | 4,145 | 4,133 | 4,121 | 4,110 | 4,099 | 4,087 | 4,075 | 4,064 | 4,053 | 4,042 | 4,[illegible] |
| DPR | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 | Ja[illegible] |
| SPA ($) | 41 | 41 | 0 | 40 | 40 | 0 | 0 | 14 | 0 | 40 | 0 | 0 | 0 | 0 | [illegible] |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | [illegible] |

| | Jun17 | May17 | Apr17 | Mar17 | Feb17 | Jan17 | Dec16 | Nov16 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 4,020 | 4,009 | 3,998 | 3,987 | 3,976 | 3,966 | 3,955 | 3,944 |
| DPR | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 | Jan06 |
| SPA ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $3,811*

**unt Information**

**rity, the last 4 digits of account number(s) have been replaced by *. (This section ...**

**olumn Title Descriptions:**

| | |
|---|---|
| t Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| t. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| igh Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| redit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| s Duration - The Number of Installments or Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Frequency - The Scheduled Time Between Payments | Date of Last Actvty - The Date of the Last Account Activity |
| s Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Designator - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| editor Class - The Type of Company Reporting The Account | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| te Reported - Date of Last Reported Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| nce Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Status - Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - The Date the Account was Closed |

| nt History us Code criptions | | | |
|---|---|---|---|
| | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

**nance PO Box 844 Wausau WI 54402-0844 : (715) 848-5425**

| ber | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 02/19/2016 | $5,991 | $6,000 | | Monthly | 2 | Transfer/Sold | |

| d | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | $0 | | | | | | | | | | | | 02/2016 |

Pays As Agreed; Type of Account - Revolving; Type of Loan - Line Of Credit; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Line t;

**inance Company Inc PO Box 1507 Waukesha WI 53187-1507 : (800) 356-3329**

| umber | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 6* | 02/19/2016 | $6,003 | $6,000 | | Monthly | 3 | Transfer/Sold | |

| of orted | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | $0 | | 03/2016 | | | | 03/2016 | | | | | | 03/2016 |

- Pays As Agreed; Type of Account - Revolving; Type of Loan - Line Of Credit; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Line dit;

ontinued On Next Page )

The Defendant has breached the rights to collect by terminating all contractual over to obligations over to Bay Finance therefore initiating this action for damages by the Plaintiff against the Defendants for falsely claiming rights to contract and/or payoff amounts totally $10,895.89 on an installment contract no longer belonging to the defendant; and therefore, costing the Plaintiff to fall-short in receive cash out from the original loan amount of $211,000.

Also, costing the loan to be delayed; forcing the Plaintiff to pay for an appraisal to appraise the home to cove the Defendant payoff request of $10,895.89 the appraiser costing $495.00 to re-evaluate the value of the home to support the Defendant payoff request to eventually have the loan denied.

On March 23, 2020 the Plaintiff were attempting to refinance their home and to the Plaintiff surprise Quantum3 Group on October 19, 2019 place a lien on the Plaintiff property regarding installment contract purchased on February 12, 2016 then transferred or sold to Bay Finance on March 1, 2016 where the Plaintiff attempt to resolve the matter before legal remedies will commence and sought to settle this matter amicably by asking the Defendant to remove the lien for now and refrain from attempts to have the loan denied until the validity of the debt was proven valet the Defendant Ms. Tran refuse to resolve this matter by denying the Plaintiff offer requesting removal until further investigation was completed.

Here, the Plaintiff cause of actions seeks to recover civil damages for loss of the loan; damages for reporting false claims to Government and State of California UCC division; and emotional distress of losing my home due to newly precedent hardship with COVID-19.

All opportunities to resolve this claim has been exhausted and from the date of this notice, I intend to add the two Defendant in the suit against LoanCare for General State Usury; Fraud and Deceit and for Violation of (FACTA) and Breach of Contract under Action for Damage were the Plaintiff Prays for Jury Trail.

Sincerely,

Kimbly Arnold

Kimbly Arnold

COMMISSIONER

SUPERIOR COURT STATE OF CALIFORNIA TURLOCK DIVISION

Small Claims Hearing

Ana Garcia Clerk

ARNOLD, BYRON vs BAY FINANCE COMPANY LLC

Case No. SC-21-000387

**APPEARANCES:**

KIMBLY ARNOLD is present.

No appearance by defendant(s).

Case is called regularly for hearing and recorded.

Upon request of plaintiff, matter is set/continued for **Small Claims Hearing** on/to **Thursday, August 26, 2021**, in **Dept. 19 at 8:30 AM**
Notice >
Continued, no service.
Plaintiff to have defendant(s) served with: Claim, Copy of this order.
MATTER TO BE HEARD AT 10:00

MINUTE ORDER

COMMISSIONER

SUPERIOR COURT STATE OF CALIFORNIA TURLOCK DIVISION

Small Claims Hearing

Ana Garcia
Clerk

ARNOLD, BYRON vs BAY FINANCE COMPANY LLC

Case No. SC-21-000387

**APPEARANCES:**

KIMBLY ARNOLD is present.

No appearance by defendant(s).

Case is called regularly for hearing and recorded.

pon request of plaintiff, matter is set/continued for **Small Claims Hearing** on/to **Thursday, August 26, 2021**, in **ept. 19** at **8:30 AM**
Notice >
ntinued, no service.
intiff to have defendant(s) served with: Claim, Copy of this order.
TTER TO BE HEARD AT 10:00

MINUTE ORDER

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Suite 1000
Costa Mesa, California 92626-1977

**PROOF OF SERVICE**
C.C.P. §1013(a), C.R.C. 2003(3), 2005(i)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 535 Anton Boulevard, Tenth Floor, Costa Mesa, California 92626-1977.

On August 5, 2021, I served the foregoing document described as **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1441, AND 1446** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**Byron Arnold**
**Kimbly Arnold**
**1611 Carlton Avenue**
**Modesto, CA 95350**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 535 Anton Boulevard, Costa Mesa, California 92626. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT MAIL:** By depositing copies of the above document(s) in a box or other facility regularly maintained by FEDERAL EXPRESS, in an envelope or package designed by FEDERAL EXPRESS with delivery fees paid or provided for and sent to the person(s) named on the attached service list [C.C.P.§1013, 2015.5].

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 5, 2021, at Costa Mesa, California.

Dalin Suon